IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID PEARCE,

    Petitioner,

v.

LOUIS WILLIAMS II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-562-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting the petition of David Pearce for a writ of habeas corpus under 28 U.S.C. § 2241. Effective immediately, petitioner will be released from custody subject to the terms and conditions of his supervised release set forth in *United States v. Pearce*, Case No. 06 CR 50031, dkt. #31, at 4 (N.D. Ill. April 27, 2007).

Approved as to form this 23rd day of February, 2017.

_____
William M. Conley
District Judge

_____    2/23/17
Peter Oppeneer, Clerk of Court        Date